1  Arthur A. Leonard, State Bar No. 110858
   FORGIE & LEONARD LLP
2  550 S. Hope Street, Suite 1000
3  Los Angeles, CA 90071
   Tel:  (213) 624-9685
4  Fax:  (213) 624-9758

5  Attorneys for Defendant,
   BAX GLOBAL, INC.

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA
9
10                         SAN JOSE DIVISION        *E-FILED - 1/4/06*

11 SOMPO JAPAN INSURANCE INC.,          ) Case No. C 05-03173 RMW
12 HITACHI DATA SYSTEMS CORP., and      )
   HITACHI, LTD.,                       )
13                                      )
14              Plaintiffs,             ) **STIPULATION AND**
                                        ) **ORDER TO CONTINUE SECOND**
15                                      ) **CASE MANAGEMENT**
16    vs.                               ) **CONFERENCE**
                                        )
17 BAX GLOBAL, INC.                     )
                                        )
18              Defendants.             )
19 BAX GLOBAL, INC.                     )
20                                      )
                Defendants & Third –    )
21              Party Plaintiffs        )
22    vs.                               )
                                        )
23 QUANTAS AIRWAYS LIMITED              )
24                                      )
                Third-Party Defendant.  )
25                                      )
26                                      )
27                                      )
28
                                        1
_____
**STIPULATION AND ORDER TO CONTINUE SECOND CASE MANAGEMENT CONFERENCE**

Plaintiffs, Sompo Japan Insurance Inc., Hitachi Data Systems Corp. and Hitachi Ltd., and defendant, Bax Global, Inc., hereby stipulate that the second case management conference presently set for January 6, 2005 may be continued to February 24, 2006, and accordingly request the court to so order. This request is made because defendant on December 29, 2005 filed a third party complaint, and seeks additional time to allow for service on and the appearance of the third party defendant in the action.

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**

Dated: January 3, 2006                    FORGIE & LEONARD LLP


By: _____/S/_____
        Arthur A. Leonard
        Attorneys for Defendant


Dated:  January 3, 2006                   DAVID M. SALENTINE


By: _____/S/_____
_____   __David M. Salentine
                                           Attorney for Plaintiffs

**ORDER**

It is so ordered.


Dated: 1/4/06                              /S/ RONALD M. WHYTE
                                          _____
                                          United States District Court Judge