DAVID M. SALENTINE, ESQ. [CA SBN 92312]
Law Offices of David M. Salentine
465 California Street, Suite 400
San Francisco, CA  94104
Telephone: 415-982-1325
Facsimile:  415-982-1923

Attorney for Plaintiffs.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

*E-FILED - 8/2/06*

| | |
|---|---|
| SOMPO JAPAN INSURANCE, INC., HITACHI DATA SYSTEMS CORP., and HITACHI, LTD., <br><br>   Plaintiffs, <br><br> vs. <br><br> BAX GLOBAL, INC., <br><br>   Defendant. | Case No.: C05-03173-RMW <br><br> STIPULATION FOR AND ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

<u>STIPULATION</u>

The undersigned counsel of record for all of the parties stipulate that this entire action may be dismissed with prejudice and without costs.

Dated this 13th day of July, 2006          DAVID M. SALENTINE

                                                    _____/s/_____
                                                    Attorney for Plaintiffs

| | |
|---|---|
| Dated this 13th day of July, 2006 | FORGIE & LEONARD, LLP |
| | _____/s/_____ |
| | Arthur A. Leonard |
| | Attorneys for Defendant BAX Global, Inc. |
| Dated this 13th day of July, 2006 | CONDON & FORSYTH, LLP |
| | _____/s/_____ |
| | Roderick Margo |
| | Attorneys for Third-Party Defendant |
| | Qantas Airways, Limited |

## ORDER

Upon the foregoing stipulation of counsel, IT IS SO ORDERED.

Dated this  2   day of August, 2006          RONALD M. WHYTE

                                              /s/ Ronald M. Whyte
                                              United States District Judge